IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
AT YOUNGSTOWN

FILED
U.S. BANKRUPTCY COURT
2010 APR 27 PM 3:05
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

IN RE: ) CASE NO. 06-40285
)
JOANNE P. VARGO )
) JUDGE KAY WOODS
)
)
Debtor(s) ) TRANSMITTAL OF UNCLAIMED
) FUNDS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

1. Ninety days have passed since a Distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The name of the persons to whom such unnegotiated check was issued, the amount of such check and its last known address is:

        Sky Bank
        PO Box 1488
        Attn: 250
        New Castle, PA 16103

                              $1,650.25

        Bank of America NA
        Attn: Mr. M-BK
        PO Box 53160
        Phoenix, AZ 85072-3160      $524.41

        **Total**                          $2,174.66

2. My Trustee's check payable to the Clerk of the United States Bankruptcy Court is attached to this report and list.

3.Nothing further remains to be done in this case.

DATE: 04/22/10 　　　　　　　　　　　　/s/ Michael D. Buzulencia
　　　　　　　　　　　　　　　　　　　　MICHAEL D. BUZULENCIA
　　　　　　　　　　　　　　　　　　　　Chapter 7 Trustee
　　　　　　　　　　　　　　　　　　　　150 E. Market St.
　　　　　　　　　　　　　　　　　　　　Suite 300
　　　　　　　　　　　　　　　　　　　　Warren, OH 44481
　　　　　　　　　　　　　　　　　　　　(330) 392-8551
　　　　　　　　　　　　　　　　　　　　Fax no. : (330) 392-7030
　　　　　　　　　　　　　　　　　　　　buzulenciatrustee@mahoningvalleylaw.com
　　　　　　　　　　　　　　　　　　　　OHIO BAR REG. NO. 0015291

CERTIFICATE OF SERVICE

A copy of the foregoing Transmittal of Unclaimed funds was sent by electronic transmission on this __15th__ day of __April__, 2010 to:

U.S. Trustee
Howard M. Me tzenbaum U.S. Court House
201 Superior Ave., Room 441
Cleveland, OH 44114

　　　　　　　　　　　　　　　　　　　　/s/ Michael D. Buzulencia
　　　　　　　　　　　　　　　　　　　　MICHAEL D. BUZULENCIA
　　　　　　　　　　　　　　　　　　　　CHAPTER 7 TRUSTEE